OTIS TITTLE et al. v. STATE.
No. A.-1647.  Opinion Filed June 25, 191..
Appeal from Craig County Court;
S. F. Parks, Judge.

James S. Davenport, for plaintiff in error.

Chas. West, Atty. Gen., Smith C. Matson, Asst. Atty. Gen. and C. J. Davenport, for the State.

PER CURIAM. This appeal is prosecuted from a conviction had in the court court of Craig county, in which plaintiffs in error were found guilty of violating provisions of the prohibitory law, and the punishment of Otis Tittle was assessed by the jury at confinement in the county jail for six months, and that he pay a fine of five hundred dollars, and the punishment of Charles Webb was assessed by the jury at confinement in the county jail for thirty days and that he pay a fine of fifty dollars.

January 15th, 1912, the court pronounced judgment and sentenced the defendants in accordance with the verdict. At the last term of this court the appeal of the defendant Otis Tittle was dismissed. See ante.

Of the various errors assigned it is only necessary to consider the one, that the information is bad for duplicity, and that for this reason the court erred in overruling the demurrer thereto. The defendant is charged with the sale of intoxicating liquor, and also with the sale of an imitation and substitute for intoxicating liquor, thereby charging two offenses, and is bad for duplicity. For error in overruling the demurrer to the information, the judgment is reversed as to the defendant Charles Webb.

OTIS TITTLE AND T. W. PRITCHETT v. STATE.
No. A.-1646.  Opinion Filed June 25, 1913.
Appeal from Craig County Court;
S. F. Parks, Judge.

James S. Davenport, for plaintiff inerror.

Chas. West, Atty. Gen., Smith C. Matson, Asst. Atty. Gen., and C. J. Davenport, for the State.

PER CURIAM. This appeal is prosecuted from a conviction had in the county court of Craig county, in which plaintiffs in error were found guilty of violating provisions of the prohibitory law, and the punishment of Otis Tittle was assessed by the jury at confinement in the county jail for twelve months, and that he pay a fine of one thousand dollars, and the punishment of T. W. Pritchett was assessed by the jury at confinement in the county jail for sixty days and that he pay a fine of two hundred fifty dollars.

On January 15th, 1912, the county court pronounced judgment and sentenced the defendants in accordance with the verdict of the jury. At the last term of this court the appeal of plaintiff in error, Otis Tittle was dismissed. See, ante.

On the various errors assigned it is only necessary to consider the one, that the information is bad for duplicity, and that for this

reason the court erred in overruling the demurred thereto. Plaintiff in error, T. W. Pritchett is charged with the sale of intoxicating liquor and also with the sale of an imitation and substitute for intoxicating liquor in one count. The information therefore charges two offenses and is bad for duplicity. See Pritchett v. State, ante.

For error in overruling the demurrer to the information, the judgment is reversed as to the defendant, T. W. Pritchett.